## Tripoli Company, Inc., Appellant, *v.* St. Paul Fire and Marine Insurance Company.

Argued March 19, 1971. *Melvin Lashner,* with him *Adelman & Lavine,* for appellant; *Richard W. Hopkins,* with him *White and Williams,* for appellee.

Order affirmed.

JACOBS, J., dissents.

HOFFMAN, J., absent.

## Wright, Appellant, *v.* Baysinger.

Argued March 16, 1971. *Vincent C. Veldorale,* with him *Murphy, Veldorale & Dougherty,* for appellant; *Joseph G. Manta,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellee.

Judgment affirmed.

HOFFMAN, J., absent.